PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Avery MacCracken  Docket Number: 03-cr-00611-LTB-01

**Petition on Supervised Release**

    COMES NOW, Sherrie Blake, probation officer of the court, presenting an official report upon the conduct and attitude of Avery MacCracken who was placed on supervision by the Honorable Lewis T. Babcock sitting in the court at Denver, Colorado, on the 2nd day of March, 2005, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.     The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

    PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release and that the petition and warrant be sealed until the arrest of the defendant.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this  7th  day of December, 2006, and ordered filed under seal and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Sherrie Blake |
| | Sherrie Blake<br>Probation Officer |
| s/Lewis T. Babcock<br>Lewis T. Babcock<br>Chief Judge | Place: Denver, Colorado<br>Date:  November 29, 2006 |

## ATTACHMENT

On January 6, 2006, and March 3, 2006, the defendant signed the Acknowledgment of Conditions of Supervision form. His signature on these occasions acknowledged that the conditions had been read and explained to him, that he fully understood said conditions, and that he was provided with a copy of the judgment.

The defendant has committed the following violations of supervised release:

1. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about May 10, 2006, August 18, 2006, October 6, 2006, October 11, 2006, October 20, 2006, October 28, 2006, November 1, 2006, and November 7, 2006, the defendant used or administered a controlled substance, marijuana, that had not been prescribed for him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

The defendant was initially referred to Pathfinder Clinic in Durango, Colorado, for Phase I urine collection on January 6, 2006. He moved to Telluride and was referred to Drug Testing, Inc in Telluride, Colorado, for Phase I urine collection on March 6, 2006. He then moved to Glenwood Springs, Colorado, for employment and so was referred to Colorado West Recovery in Glenwood Springs, Colorado, on May 5, 2006, for Phase I urine collection. The defendant then moved to Telluride, Colorado, and was referred to Drug Testing, Inc., for Phase I urine collection again on May 19, 2006.

On May 15, 2006, the Probation Department received notification from Kroll Laboratories that the urine sample collected from the defendant on May 10, 2006, tested positive for marijuana.

On August 28, 2006, the Probation Department received notification from Kroll Laboratories that the urine sample collected from the defendant on August 18, 2006, tested positive for marijuana.

On October 16, 2006, the Probation Department received notification from Kroll Laboratories that the urine sample collected from the defendant on October 6, 2006, tested positive for marijuana.

On October 17, 2006, the Probation Department received notification from Kroll Laboratories that the urine sample collected from the defendant on October 11, 2006, tested positive for marijuana.

The defendant was confronted regarding the May 10, 2006, positive urine test on May 19, 2006. He stated he was at a friend's house for dinner and they were serving marijuana butter and he did not realize marijuana was in the butter until later. The defendant was confronted again on October 16, 2006, regarding the positive urine tests on August 18, 2006, and the October 6, 2006. He admitted he had been smoking marijuana because he was depressed about not maintaining employment. I met with the defendant in Telluride, Colorado, on October 19, 2006, and confronted him about the positive urine test for October 11, 2006. He again admitted he had been smoking marijuana, but that he had quit and would not use marijuana anymore.

On October 25, 2006, the Probation Department received notification from Kroll Laboratories that the urine sample collected from the defendant on October 20, 2006, tested positive for marijuana.

On November 2, 2006, the Probation Department received notification from Kroll Laboratories that the urine sample collected from the defendant on October 28, 2006, tested positive for marijuana.

On November 6, 2006, the Probation Department received notification from Kroll Laboratories that the urine sample collected from the defendant on November 1, 2006, tested positive for marijuana.

On November 15, 2006, the Probation Department received notification from Kroll Laboratories that the urine sample collected from the defendant on November 7, 2006, tested positive for marijuana.

2. **FAILURE TO PARTICIPATE IN DRUG TREATMENT AS DIRECTED BY THE PROBATION OFFICER:**

The defendant failed to provided urine samples at Drug Testing, Inc., Telluride, Colorado, the testing and treatment program in which the probation officer had directed him to participate on April 14, 2006, and April 29, 2006, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

The defendant was referred to Drug Testing, Inc., in Telluride, Colorado, for urine collection on March 6, 2006.  On April 14, 2006, his color was called and he did not submit a urine sample.  The defendant was confronted and stated he had been in Grand Junction, Colorado.  He was told if he would have called me he could have submitted a urine sample in Grand Junction, Colorado.  On April 30, 2006, the defendant left a message that he had a job in Glenwood Springs, Colorado, and missed a urine collection in Telluride, Colorado.   On May 5, 2006, defendant was told it is his responsibility to tell his probation officer where he is working so he could be referred to the appropriate agency for urine collection.